No. 30, Misc. BROOKS v. TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Grover N. McCormick* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, *W. F. Barry, Jr.,* Solicitor General, and *J. Malcolm Shull,* Assistant Attorney General, for respondent.

No. 31, Misc. MULKEY v. BREAKEY, CIRCUIT JUDGE, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 32, Misc. HUBBARD v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 36, Misc. FIFE v. GREAT ATLANTIC & PACIFIC TEA Co. Supreme Court of Pennsylvania. Certiorari denied. *John D. Meyer* for petitioner. *William H. Eckert* for respondent.

No. 40, Misc. HEIN v. SMITH, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied. *Graham K. Betts* for petitioner.

No. 41, Misc. FARRANT v. IOWA. Supreme Court of Iowa. Certiorari denied.

No. 42, Misc. LYLE v. EIDSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 44, Misc. HOLDER v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 45, Misc. CHICK v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.

No. 46, Misc. PERKINS v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.